**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 22-8434-JFW(JCx)** | Date:  December 11, 2023 |

Title:   Deidure Wells -v- Wolfgang Puck Enterprises, Inc., et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

   In the Court's Scheduling and Case Management Order ("CMO") (Docket No. 45) and the Order Vacating Scheduling Conference, Referral to Private Mediation, and Dismissing Any Unserved Doe Defendants (Docket No. 44), the Court set November 6, 2023 as the last day to complete ADR Procedure No. 3 (Private Mediation) and November 9, 2023 as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on the Court's review of the docket, it appears the parties have violated the Court's CMO by failing to file the Joint Report Re: Results of Settlement Conference and presumably by failing to complete the private mediation by the Court-ordered deadline of November 6, 2023.

   Accordingly, the parties are ordered to show cause in writing by December 13, 2023 why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

   IT IS SO ORDERED.